IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JIDIER ANTONIO SAAVEDRA, | * |
| Petitioner, | * |
| v. | Case No. 4:25-CV-244-CDL-CHW |
| | * |
| WARDEN, STEWART DETENTION CENTER, | |
| | * |
| Respondent. | |
| | * |

## JUDGMENT

Pursuant to this Court's Order dated 12/31/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 31st day of December, 2025.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk